### 6454. GRIFFIN v. HOLLINGSWORTH.

WADE, J. The only error complained of in the bill of exceptions was an interlocutory ruling of the court in sustaining a demurrer to the answer of the defendant in the court below and in striking the answer. Error is not assigned upon a final judgment, and the bill of exceptions is therefore prematurely brought, and must be dismissed. *Case Threshing Machine Co.* v. *Hodges,* 9 *Ga. App.* 722 (72 S. E. 189), and cases there cited; *Hyland Chemical Co.* v. *Goddard,* 10 *Ga. App.* 13 (72 S. E. 515); *Donalson* v. *Norman,* 14 *Ga. App.* 146 (80 S. E. 678); *National Bank of Tifton* v. *Brown,* and *Berrien County Bank* v. *Brown,* 15 *Ga. App.* 56; Civil Code, § 6138.                            *Writ of error dismissed.*

DECIDED DECEMBER 6, 1915.

Complaint; from city court of Hazlehurst—Judge Grant. February 5, 1915.

*Gordon Knox,* for plaintiff in error.   *S. D. Dell,* contra.